Bruce W. PATTON, Petitioner,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,
Respondent.

No. 2008–3171.

United States Court of Appeals,
Federal Circuit.

Oct. 1, 2008.

## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.